|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Moshe Rothenberg, Esq.<br>Attorney at Law<br>880 E. Elmer Road<br>Vineland, NJ 08360<br>Phone: (856) 236-4374<br>Fax: (856) 405-6769<br>Attorney for Debtor(s) | Order Filed on July 13, 2017 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| | Case No.: 12-22574 |
| | Chapter: 13 |
| In Re: | Adv. No.: N/A |
| Cheryl Johnson and Craig Johnson | Hearing Date: 7/25/2017 @ 10:00 a.m. |
| | Judge: Jerrold N. Poslusny, Jr. |

**ORDER TO APPROVE LOAN MODIFICATION WITH OCWEN LOAN SERVICING, LLC**

The relief set forth on the following pages, numbered three (3) is hereby ORDERED.

**DATED: July 13, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtors:** Cheryl Johnson and Craig Johnson
**Case No:** 12-22574/JNP
**Caption of Order:** Order to Approve Loan Modification of Debtor with Ocwen Loan Servicing, LLC

---

Upon consideration of Cheryl Johnson and Craig Johnson's application for an order to approve a loan modification with Ocwen Loan Servicing, LLC, and good cause appearing therefore, it is hereby

**ORDERED** that the Debtors are permitted to proceed with a loan modification Ocwen Loan Servicing, LLC

**IT IS FURTHER ORDERED** Communication and/or negotiations between debtors and mortgagees/mortgage servicers about loan modification shall not be deemed as violation of the automatic stay; and any such communication or negotiation shall not be used by either party against other in any subsequent litigation.

**IT IS FURTHER ORDERED** that in the event a loan modification is completed and pre-petition arrears are capitalized into the loan, secured creditor shall amend the arrearage portion of its proof of claim to reflect the amount already paid by the Chapter 13 Trustee within thirty (30) days of the completion of the loan modification; and

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee shall suspend disbursements to secured creditor pending completion of the loan modification and all money that would otherwise be paid to the secured creditor be held until the claim is withdrawn or amended or the Trustee is notified by secured creditor that the modification was not consummated; and

**IT IS FURTHER ORDERED** that in the event the modification is not consummated; the secured creditor shall notify the Trustee and debtors' attorney of same. Any money that was held by the Trustee pending the completion of the modification shall then be paid to secured creditor; and

**(Page 3)**

**Debtors:** Cheryl Johnson and Craig Johnson

**Case No:** 12-22574/JNP

**Caption of Order:** Order to Approve Loan Modification of Debtor with Ocwen Loan Servicing, LLC

---

**IT IS FURTHER ORDERED** that in the event the Proof of Claim is withdrawn or amends the arrearage portion the claim to zero (0), the Trustee may disburse funds being held pursuant to this Order to other creditors in accordance with the provisions of the confirmed plan; and

**IT IS FURTHER ORDERED** that Debtors shall file an Amended Schedule J and Modified Plan within fourteen (14) days of this Order.

**IT IS FURTHER ORDERED** that Debtors shall provide the Trustee with an executed copy of the Loan Agreement upon completion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 12-22574-JNP
Cheryl Johnson                                                            Chapter 13
Craig Johnson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                 Page 1 of 1              Date Rcvd: Jul 14, 2017
                               Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2017.
db/jdb         +Cheryl Johnson,   Craig Johnson,   12 Downs Street,   Clayton, NJ 08312-2160

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2017                                        Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York, as Trustee for the holders of the Certificates, First Horizon Mortgage Pass-Through
               Certificates Series FHAMS 2007-FA2, by First Horizon Home Lo bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Elizabeth L. Wassall    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee
               for MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC3 vbarber@udren.com,   ewassall@udren.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC
               nj_ecf_notices@buckleymadole.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Jeffrey W. Herrmann    on behalf of Creditor    TD Bank jwh@njlawfirm.com,
               ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
              Moshe  Rothenberg    on behalf of Debtor Cheryl  Johnson moshe@mosherothenberg.com,
               alyson@mosherothenberg.com
              Moshe  Rothenberg    on behalf of Joint Debtor Craig  Johnson moshe@mosherothenberg.com,
               alyson@mosherothenberg.com
              Robert J. Malloy    on behalf of Creditor    South Jersey FCU ecf.rjmalloylaw@gmail.com
              Steven K. Eisenberg    on behalf of Creditor    HSBC Bank USA, N.A., as Indenture Trustee for the
               registered Noteholders of Renaissance Home Equity Loan Trust 2007-2, by its Attorney in fact,
               Ocwen Loan Servicing, LLC bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven K. Eisenberg    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               under Pooling and Servicing Agreement Dated as of April 1, 2006 Morgan Stanley ABS Capital I
               Inc. Trust 2006-NC3, by its Attorney in fact, Ocwen Loan S bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                              TOTAL: 13