|  |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Moshe Rothenberg, Esq.<br>880 E. Elmer Road<br>Vineland, NJ 08360<br>P: (856) 236-4374<br>F: (856) 405-6769<br>Attorney for Debtor |
| In Re:<br><br>   Cheryl Johnson and Craig Johnson |

**Order Filed on October 17, 2017**
**by Clerk U.S. Bankruptcy Court**
**District of New Jersey**

Case No:        12-22574

Chapter:        13

Hearing Date:   10/31/17 @ 10am

Judge:          JNP

### CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☒ **MORTGAGE**     ☐ **LIEN**     ☐ **OTHER (specify)** _____

Recommended Local Form:   ☒ Followed    ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 17, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**NOTE TO RECORDING OFFICER**: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 12 Downs Street
   Clayton, NJ 08312

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Fidelity Mortgage, a division of Delta Funding
   b. Current Assignee: HSBC Bank
   c. Current Servicer: Ocwen Loan Servicing, LLC
   d. Date of Mortgage/Lien: February 26, 2007
   e. Date of Recordation: March 19, 2007
   f. Place of Recordation: Woodbury, NJ
      i. Mortgage Book: 3792
      ii. Page: 103
   g. Original Principal Balance of Mortgage/Lien: $ 49,950.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Rev.8/1/15*