| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Moshe Rothenberg, Esq.<br>880 E. Elmer Road<br>Vineland, NJ 08360<br>P: (856) 236-4374<br>F: (856) 405-6769<br>Attorney for Debtor | |
| In Re:<br><br>Cheryl Johnson and Craig Johnson | |

**Order Filed on October 17, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No: | 12-22574 |
| Chapter: | 13 |
| Hearing Date: | 10/31/17 @ 10am |
| Judge: | JNP |

# CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☒ **MORTGAGE**  ☐ **LIEN**  ☐ **OTHER** (specify) _____

Recommended Local Form:  ☒ Followed  ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 17, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**NOTE TO RECORDING OFFICER**: **THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 12 Downs Street
   Clayton, NJ 08312

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder:  Fidelity Mortgage, a division of Delta Funding
   b. Current Assignee:  HSBC Bank
   c. Current Servicer:  Ocwen Loan Servicing, LLC
   d. Date of Mortgage/Lien: February 26, 2007
   e. Date of Recordation: March 19, 2007
   f. Place of Recordation:  Woodbury, NJ
       i. Mortgage Book:  3792
       ii. Page:  103
   g. Original Principal Balance of Mortgage/Lien: $ 49,950.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 12-22574-JNP
Cheryl Johnson                                                            Chapter 13
Craig Johnson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Oct 17, 2017
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2017.
db/jdb         +Cheryl Johnson,   Craig Johnson,   12 Downs Street,   Clayton, NJ 08312-2160

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York, as Trustee for the holders of the Certificates, First Horizon Mortgage Pass-Through
               Certificates Series FHAMS 2007-FA2, by First Horizon Home Lo bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Elizabeth L. Wassall    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee
               for MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC3 vbarber@udren.com,    ewassall@udren.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC
               nj_ecf_notices@buckleymadole.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Jeffrey W. Herrmann    on behalf of Creditor    TD Bank jwh@njlawfirm.com,
               ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
              Moshe Rothenberg    on behalf of Debtor Cheryl  Johnson moshe@mosherothenberg.com,
               alyson@mosherothenberg.com
              Moshe Rothenberg    on behalf of Joint Debtor Craig  Johnson moshe@mosherothenberg.com,
               alyson@mosherothenberg.com
              Robert J. Malloy    on behalf of Creditor    South Jersey FCU ecf.rjmalloylaw@gmail.com
              Steven K. Eisenberg    on behalf of Creditor    HSBC Bank USA, N.A., as Indenture Trustee for the
               registered Noteholders of Renaissance Home Equity Loan Trust 2007-2, by its Attorney in fact,
               Ocwen Loan Servicing, LLC bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven K. Eisenberg    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               under Pooling and Servicing Agreement Dated as of April 1, 2006 Morgan Stanley ABS Capital I
               Inc. Trust 2006-NC3, by its Attorney in fact, Ocwen Loan S bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                              TOTAL: 13