Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 12–22574–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Cheryl Johnson | Craig Johnson |
| aka Cheryl McNair–Johnson | 12 Downs Street |
| 12 Downs Street | Clayton, NJ 08312 |
| Clayton, NJ 08312 | |

Social Security No.:
  xxx–xx–3634                    xxx–xx–2568

Employer's Tax I.D. No.:

---

### FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>December 7, 2017</u>            <u>Jerrold N. Poslusny Jr.</u>
                                                                  Judge, United States Bankruptcy Court